DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMMITT HARVEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-737

[June 16, 2022]

Appeal from order denying rule 3.800 motion in the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case Nos. 432015CF000421, 432015CF000417, 432015CF000419, and 432015CF000287.

Emmitt Harvey, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***